BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MIKA MILLER, | No. 1:13-cv-01597-SAB |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a very heavy workload despite due diligence and because he has an oral argument in Pasadena on June 5 requiring extensive preparation time and travel.

Stip. to Extend Def.'s MSJ

The new due date for Defendant's motion for summary judgment will be Monday, July 7, 2014 (with Friday, July 4, being a federal holiday).

                                      Respectfully submitted,

Date: *June 4, 2014*                     BINDER AND BINDER

                           By:    */s/ Manuel Deeter Serpa*\*
                                      MANUEL DEETER SERPA
                                      *\* By email authorization on June 3, 2014*
                                      Attorney for Plaintiff

Date: *June 4, 2014*                     BENJAMIN B. WAGNER
                                      United States Attorney

                           By:    */s/ Jeffrey Chen*
                                      JEFFREY CHEN
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

                                        <u>ORDER</u>

IT IS SO ORDERED.

    Dated:  **June 4, 2014**

                                        UNITED STATES MAGISTRATE JUDGE