# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKA MILLER, | Case No.  1:13-cv-01597-SAB |
| Plaintiff, | ORDER ON STIPULATION FOR AWARD OF EAJA FEES |
| v. | (ECF No. 18) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of Equal Access to Justice Act ("EAJA") Fees ("Stipulation"),

IT IS HEREBY ORDERED that Plaintiff is awarded attorney's fees pursuant to the EAJA in the amount of FIVE THOUSAND ONE HUNDRED dollars and 00/100's ($5,100.00) plus costs in the amount of FOUR HUNDRED dollars and 00/100's ($400.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

IT IS SO ORDERED.

Dated:  __February 24, 2015__

_____
UNITED STATES MAGISTRATE JUDGE