# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKA MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:13-cv-01597-SAB<br><br>ORDER REQUIRING PLAINTIFF'S COUNSEL TO SERVE A COPY OF MOTION FOR ATTORNEY FEES UPON PLAINTIFF AND PROMPTLY FILE PROOF OF SERVICE<br><br>FIVE DAY DEADLINE |

On October 3, 2013, Mika Miller ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Defendant") denying his application for disability benefits pursuant to the Social Security Act. On December 24, 2014, an order was filed granting in part Plaintiff's social security appeal and remanding this action for further proceedings. On May 26, 2020, Plaintiff's counsel ("Petitioner") filed a motion for attorney fees pursuant to section 406(b) of the Social Security Act.

Upon review of Petitioner's motion, the motion for attorney fees has not been served upon Plaintiff nor informed him that he may file an objection to the motion. The Court shall provide Plaintiff and Defendant with thirty days in which to file objections or any other appropriate response to the instant motion for attorney fees.

///

Accordingly, IT IS HEREBY ORDERED that:

1. Any objection or response to Petitioner's motion for attorney fees shall be filed within thirty (30) days of the date of service of this order;

2. Within **five (5) days** of the date of entry of this order, Petitioner shall serve a copy of the motion for attorney fees and this order upon Plaintiff; and

3. Upon serving Plaintiff with the motion for attorney fees and this order, Petitioner shall **promptly** file a proof of service.

IT IS SO ORDERED.

Dated:   **May 27, 2020**

UNITED STATES MAGISTRATE JUDGE